| | |
|---|---|
| 1 | KEVIN V. RYAN (CASBN 118321) |
| 2 | United States Attorney |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | CANDICE K. JAN (CASBN 225749) |
| 5 | Special Assistant United States Attorney |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, CA, 94612 |
| 7 | Telephone: (510) 637-3699<br>Fax: (510) 637-3724 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00535 SBA |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | AMENDED NOTICE OF DISMISSAL |
| BENDRICK D. FOSTER, | ) | |
| Defendant. | ) | (Oakland Venue) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice and moves that the Court quash the arrest warrant issued in connection with the indictment in this case.

DATED:                                      Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____/s/_____
BRIAN J. STRETCH
Chief, Oakland Branch Office

AMENDED NOTICE OF DISMISSAL (CR 05-00535 SBA)

## ORDER

Leave of Court is granted to the government to dismiss that indictment. It is further ordered that the arrest warrant issued in connection with the indictment is quashed.

Date: 12-5-05

SAUNDRA B. ARMSTRONG
United States District Judge